**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

G.M. Sign, Inc.
                          Plaintiff,

v.                                        Case No.: 1:15−cv−05341
                                        Honorable John Robert Blakey

Cash Solutions, LLC, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 24, 2015:

      MINUTE entry before the Honorable John Robert Blakey: Pursuant to plaintiff's notice of voluntary dismissal [9], this case is hereby dismissed without prejudice under Rule 41(a). The 8/11/15 initial status conference is stricken; the parties need not appear. Civil case terminated. Mailed notice(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.